PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

| United States District Court | District MASSACHUSETTS | |
|---|---|---|
| Name: Brian J. Peixoto | Prisoner No. W-62277 | Case No. |

Place of Confinement
M.C.I. Norfolk
2 Clark St. / P.O. Box 43
Norfolk, MA 02056-0043

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Brian Peixoto | V. Luis Spencer, Superintendent |

05-10510-RCL

The Attorney General of the State of: Massachusetts, Thomas F. Reilly     *Referred to MJ - JL Alexandr*

## PETITION

1. Name and location of court which entered the judgment of conviction under attack    Superior Court Dept.
   Bristol County, Massachusetts, 9 Court St. Room 13, Taunton, MA 02780

2. Date of judgment of conviction    March 7, 1997

3. Length of sentence    Natural Life Imprisonment

4. Nature of offense involved (all counts)    1ct. First Degree Murder

5. What was your plea? (Check one)
   (a) Not guilty         ☒
   (b) Guilty             ☐
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial Court of Massachusetts__

   (b) Result __Conviction Affirmed__

   (c) Date of result and citation, if known __January 25, 2000, 430 Mass. 654 (2000)__

   (d) Grounds raised __1) Improper impeachment by the prosecutor for defendant's reluctance to talk to police without a lawyer after receiving Miranda warnings. 2) Judicial error in excluding victim's sister's testimony. 3). G.L. c.278 §33E denial.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __N/A in 1st. Degree Murder cases.__

   (2) Result __Conviction affirmed__

   (3) Date of result and citation, if known __January 25, 2000, 430 Mass. 654 (2000)__

   (4) Grounds raised __Prosecutal misconduct, with relevance to Miranda impeachment, affirmed; Judicial exclusion of victim's sister's conduct; Verdict was against the weight of the evidence.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Bristol Superior Court (The trial court)__

    (2) Nature of proceeding __Mass.R.Crim.P. Rule 30(b) Motion for a New Trial__

    (3) Grounds raised __Ineffective Assistance of Counsel (see Exhibit ___)__

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒

(5) Result  Motion denied as Mental Health assertions were unsupported by any expert

(6) Date of result  January 22, 2002

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Bristol Superior Court

(2) Nature of proceeding  Defendant's counsel duplicated the first motion, now supported by affidavit and a Mental Health Expert's affidavit.

(3) Grounds raised  Ineffective Counsel; a) Futile Defense Strategy, b) Failure to present expert on Valium effects. c) Failure to object to 8 repetitions of victim's injuries. Counsel's elicitation of damaging testimony from Child abuse expert. e) Failure to object to extensive hearsay testimony collaborating the chief witness. And reduced mens rea due to mental health factors, specifically clinical depression.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒

(5) Result  Motion denied

(6) Date of result  February 14, 2003

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.            Yes          No ☒
(2) Second petition, etc.        Yes ☒       No       F.A.R. denied April 7, 2004

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

In post-conviction attorney's ignorance he submitted appeal to the Appellate court negating procedural requirement to apply to the S.J.C.'s single justice as gatekeeper.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: _Conviction obtained in violation of the 5th. & 6th. Amendments, in that trail counsel was ineffective._

Supporting FACTS (state *briefly* without citing cases or law) _Counsel failed to object to the allowance of extensive extrajudicial testimony corroborating the chief witness against Mr. Peixoto. All of this testimony was inadmissible hearsay by Trooper Kevin Butler, as he corroborated and re-asserted the statements by Ami Sneed._

B.   Ground two: _Conviction obtained in violation of the 5th. & 6th. Amendments, in that trial counsel was ineffective._

Supporting FACTS (state *briefly* without citing cases or law) _Counsel failed to object to multiple recitations of victim injuries, which invoked prejudice in excess of any probative value in the evaluation of the victim's post-mortem condition._

(5)

C.  Ground three: Conviction obtained in violation of a fair trial as defined in Amend. 14, U.S. Const. and negation of due process.

Supporting FACTS (state *briefly* without citing cases or law) Where the evidence submitted to the jury was insufficient to establish guilt to the indicted and convicted charge of Murder in the First Degree, beyond a reasonable doubt.

D.  Ground four: Conviction obtained by Appellate Counsel's ineffectiveness in violation of the 5th., 6th. & 14th. Const. Amendments.

Supporting FACTS (state *briefly* without citing cases or law) Where appellate counsel failed to raise the above issues under ineffective trial counsel and the "Fair Trial" issue was addressed only under the pretense, of state's statuary allowance by the State's highest court to reduce the conviction, instead of an independent constitutional violation.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Petitioner asserts "Actual Innocence" and requests pre-hearing discovery to validate said assertion at requested Evidentiary Hearing. Thus, excusing procedural defaults, in his defaulted petition.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing   Lance Garth Esq. address unknown

    (b) At arraignment and plea   same as preliminary hearing above.

AO 241 (Rev. 5/85)

(c) At trial   Mr. Raymond Veary Jr. currently Asst. D.A.

888 Purchase   P.O. Box 973   New Bedford, MA 02741

(d) At sentencing   same as trial

(e) On appeal   Dana Allen Curhan Esq. 101 Arch Boston, MA 02110

(f) In any post-conviction proceeding   Greg T. Schubert Esq.

1365 Main St. Springfield, MA 01103

(g) On appeal from any adverse ruling in a post-conviction proceeding   Greg T. Schubert Esq.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Defendant acting in pro-se'_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

Signature of Petitioner
Brian Peixoto

(7)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Brian Peixoto, pro-se'
PETITIONER:

**DEFENDANTS**
Luis Spencer, Superintendent
RESPONDENT:

FILED IN CLERKS OFFICE
05-10510-RCL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Norfolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro-se'

ATTORNEYS (IF KNOWN)
Thomas Reilly, Attorney General
One Ashburton Place
Boston, MA

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

PRISONER PETITIONS — HABEAS CORPUS: ☒ 530 General

## VI. CAUSE OF ACTION
Prisoner's Petition for Writ of Habeas Corpus.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
JUDGE _____  DOCKET NUMBER _____

DATE: 3-3-05
SIGNATURE OF ATTORNEY OF RECORD: [signature] Pro-Se'

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 10 P 1:16

U.S. DISTRICT COURT
DISTRICT OF MASS.

05-10510-RCL

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Peixoto v. Spencer, Superintendent

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   XXX IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                                    YES          NO XXX

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                                                    YES          NO XXX

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                                    YES          NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                                    YES          NO XXX

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                                    YES XXX      NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      XX EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

         EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Brian Peixoto, in pro-se'
ADDRESS    MIC Norfolk / P.O. Box 43
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)