UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN PEIXOTO, *pro-se*, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-10510-RCL |
| | ) | |
| LUIS SPENCER, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On March 10, 2005, petitioner Brian Peixoto filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and an application to proceed without of prepayment of fees. Nonetheless, on the same day, Peixoto paid the $5.00 fee assessed for filing a § 2254 petition. Peixoto has therefore paid all fees associated with his petition that are due at this time.

Accordingly, the court denies as moot the application of Peixoto to proceed without prepayment of fees. If, in the future, Peixoto must pay fees in this litigation, he is free to petition the court at that time to proceed *in forma pauperis*.

SO ORDERED.

| | |
|---|---|
| 4/14/2005 | /s/ Reginald C. Lindsay |
| DATE | UNITED STATES DISTRICT JUDGE |