UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN PEIXOTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10510-RCL |
| ) | |
| LUIS SPENCER, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADINGS TO PETITION
FOR WRIT OF HABEAS CORPUS**

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus, to May 30, 2005. In support of the motion, the respondent states undersigned counsel has not yet received the state materials concerning petitioner's criminal proceeding, which are necessary for counsel to review before formulating an appropriate response to the petition.

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court grant him until May 30, 2005 to file a responsive pleading to the petition for writ of habeas corpus.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> *Cathryn A. Neaves*
> Cathryn A. Neaves
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200 ext. 2557
> BBO No. 556798

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Brian Peixoto, on May 10, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Brian Peixoto, MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, Massachusetts 02056.

> *Cathryn A. Neaves*
> Cathryn A. Neaves