UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN PEIXOTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10510-RCL |
| ) | |
| LUIS SPENCER, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR RELIEF FROM CONFERENCE REQUIREMENT
PURSUANT TO FED.R.CIV.P. LOCAL RULE 7.1**

The respondent, through counsel, hereby respectfully requests that this Court grant him relief from the requirement of Local Rule 7.1 of the Rules of Civil Procedure mandating that parties confer before filing motions in civil cases. In support of this motion, respondent states that such conferences are not practicable since the petitioner, who is acting pro se, is incarcerated.

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court relieve him from the obligation, under Local Rule 7.1, to confer with the petitioner before filing motions in this habeas action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*[signature]*

Cathryn A. Neaves
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2557
BBO No. 556798

Dated: May 10, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Brian Peixoto, on May 10, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Brian Peixoto, MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, Massachusetts 02056.

*[signature]*
Cathryn A. Neaves