UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN PEIXOTO )
     PETITIONER; ) Civil Action No. 05-10520-RCL
)
V )
)
LUIS SPENCER )
     RESPONDENT; )

PETITIONER'S REPLY TO RESPONDENT'S MOTION
FOR ENLARGEMENT OF TIME

The petitioner, pro-se' replies to the Respondent's above styled Motion, without opposition. And further waives objection to the respondent's Motion for Enlargement of Time to file Responsive Pleadings to Petition for Writ of Habeas Corpus.

Respectfully Submitted;

Brian Peixoto,
In pro-se

CERTIFICATE OF SERVICE

I, Brian Peixoto, hereby certify that a true copy of the attached Reply to Respondent's Motion for Enlargement of Time, was served upon the respondent by manner of first class mail, postage pre-paid, on this 14th. day of May, 2005 at the Office of the Attorney General, Attn; Cathryn A. Neaves, AAG  One Ashburton Place Boston, MA 02108

So Certified _____
                   Brian Peixoto, pro-se'

Case 1:05-cv-10510-RCL    Document 7    Filed 05/17/2005    Page 4 of 4