UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN PEIXOTO,<br>　　　Petitioner,<br><br>　　　v.<br><br>LUIS SPENCER,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-10510-RCL<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO DISMISS PETITION
## FOR WRIT OF HABEAS CORPUS AS TIME-BARRED

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the respondent respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Brian Peixoto. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). As is set forth in greater detail in the accompanying memorandum of law, the Supreme Judicial Court ("SJC") affirmed the petitioner's conviction on January 25, 2000. As such, for habeas purposes his conviction for first-degree murder became final on April 25, 2000, and the statute of limitations expired one (1) year later on April 25, 2001. The petitioner did not file a habeas corpus petition in this Court until March 10, 2005. Moreover, the statute of limitations was not tolled at any point between April 25, 2000 and April 25, 2001. Accordingly, the petition must be dismissed as time-barred.[1]

---

[1] Since it is clear from the face of the petition and the attached docket sheets that the petition is time-barred, the respondent will not, in the interest of economy, answer the petition or address any additional affirmative defenses. Should this Court rule that the petition is not time-barred, the respondent respectfully requests thirty days from the date of receipt of this Court's order to answer the petitioner or file a supplemental memorandum which addresses the additional affirmative defenses and/or the merits of the petition.

**WHEREFORE**, the respondent respectfully requests that the Court dismiss this habeas petition with prejudice on the grounds that it is time-barred.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Cathryn Neaves*
Cathryn Neaves
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2557
BBO # 556798

Dated: May 26, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Brian Peixoto, on May 26, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Brian Peixoto, MCI-Norfolk, P.O. Box 43, 2 Clark Street, Norfolk, Massachusetts 02056.

*/s/ Cathryn A. Neaves*
Cathryn A. Neaves

### LOCAL RULE 7.1

The court has excused compliance with Local Rules 7.1 (a)(2) and 37.1 by this defendant in this case, by order dated 5/16/05.