Brian J. Peixoto, W-62277
MCI Norfolk / P.O. Box 43
Norfolk, MA 02056-0043

Petitioner, in pro-se'

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian Peixoto, <br>     Petitioner; <br>   v. <br> Luis Spencer, <br>     Respondent; | CIVIL ACTION NO. 05-10510-RCL <br><br> PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS TIME BARRED |

Comes Now, Brian Peixoto, petitioner in pro-se' in the above captioned manner and would grant without objection the citation of F.R.Civ.P.12(b)(1), and would not contest the dates of the Final Conviction or of the expiration of Certiorari exemption. Effectively the final date of the conviction for Habeas purposes was, April 25, 2000.

Petitioner would contest the respondent's assertions that the statue of limitations was not tolled during the period between April 25, 2000 and the date of his initiation of Post conviction proceedings where the tolling was in effect until the date of his final denial on, April 8, 2004. And in support thereof would state as follows;

1) That due to Attorney malpractice the State Appeals lawyer, misled the petitioner into believing that post-conviction relief efforts were indeed underway.

2) For that period of time the petitioner would move this court to consider awarding the petitioner Equitable tolling, after a determination of facts at a requested Evidentiary Hearing.

3) That the petitioner has asserted and continues to assert, Actual Innocence, to both the indictment and conviction.

Wherefore the Petitioner hereby respectfully moves this court to DENY the Respondent's Motion to Dismiss, and to order the Respondent's to prepare an Answer to the Petitioner's Petition for Writ of Habeas Corpus, and to serve said answer within 20 days of the Court's order.

UNDER PENALTY OF PERJURY

May 31, 2005                               _____

                                           Brian Peixoto, in pro-se'

CERTIFICATE OF SERVICE

I, Brian Peixoto, do now certify that I caused to be served upon Ms. Cathryn Neaves, AAG Criminal Bureau / One Ashburton Place  Boston, MA 02108, a true copy of the above, by the placing of said Motion in the hands of the Institutional Mail officer for delivery by first class postage pre-paid to her at the above address.

May 31, 2005                    Brian Peixoto