UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN PEIXOTO,<br>  Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>  Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-10510-RCL<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  Please enter the appearance of the undersigned counsel on behalf of the respondent, Luis Spencer.

                Respectfully submitted,

                THOMAS F. REILLY
                ATTORNEY GENERAL

                /s/ Jonathan Ofilos
                Jonathan Ofilos
                Assistant Attorney General
                Criminal Bureau
                One Ashburton Place
                Boston, Massachusetts 02108
                (617) 727-2200, ext. 2634
                BBO # 658091

Dated: November 9, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Brian Peixoto, on November 9, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Brian Peixoto, *pro se*, MCI Norfolk, P.O. Box 43, 2 Clark Street, Norfolk, Massachusetts  02056.

      /s/ Jonathan Ofilos
      Jonathan Ofilos