CERTIFICATE OF SERVICE

I, Brian Peixoto do hereby certify that I caused to be served upon the Mass. Attorney General Thomas F. Reilly, at One Ashburton Place, 18th & 19th. Floor, Boston, MA 02108, a true copy of the Petitioner's Motion in Opposition to Order of Dismissal and Presentation supporting the Award of Equitable Tolling, by manner of first class mail, postage pre-paid on the 19th. of November 2005.

DATED: November 19, 2005

Brian Peixoto