Brian Peixoto
P.O. Box 43
Norfolk, MA
02056

January 10, 2006

United States District Court
John Joseph Moakly Courthouse
1 Courthouse Way, Suite 2300
Boston, MA
02210

RE: **Second Request for Docket Sheets: C.A. No. 05-10510 RCL**

Dear Sir or Madam:

   Could you please send me an updated copy of the Docket Entry Sheets for the above mentioned case.

   Thank you in advance for your anticipated cooperation.

Respectfully,

Brian Peixoto