UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BRIAN PEIXOTO**

V.  CIVIL ACTION NO. **05-10510-RCL**

**LUIS SPENCER**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of February 2, 2006 allowing the motion to dismiss of the defendant Luis Spencer, Judgment is hereby entered as follows: Judgment for the defendant Luis Spencer dismissing this action.

February 6, 2006                                    /s/ Lisa M. Hourihan
                                                                    Deputy Clerk