UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Peixoto,
      PETITIONER;

    V

Luis Spencer,
      RESPONDENT;

2006 MAR -3 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 05-10510-RCL

NOTICE OF APPEAL
(FRAP Rule 5(a))

Now Comes, Brian Peixoto, petitioner in pro-se, and issues
Notice of Appeal from a JUDGMENT OF DISMISSAL, (Lindsay,D.J.)
ordered on Febrauary 2, 2006, and will take effect upon the
final decision of petitioner's denial on his timely filed Rule
59(e) Motion, pursuant to FRAP Rule 4(4)(A)(v) and 4(B)(i).

      Respectfully Submitted;

                         Brian Peixoto, pro-se