## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10510

Brian Peixoto

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-16, 18-21

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/3/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 29, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _3/29/06_.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

Case 1:05-cv-10510-RCL    Document 22-2    Filed 03/29/2006    Page 1 of 4

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10510-RCL

Peixoto v. Spencer
Assigned to: Judge Reginald C. Lindsay
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/10/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Brian Peixoto**

represented by **Brian Peixoto**
W62277
MCI Norfolk
PO Box 43
Norfolk, MA 02056-0043
PRO SE

V.

**Respondent**

**Luis Spencer**

represented by **Cathryn A. Neaves**
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698
617-727-2200 X 2557
Fax: 617-727-5755
Email:
cathryn.neaves@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Ofilos**
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755





Email:
Jonathan.Ofilos@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Brian Peixoto.(Jenness, Susan) (Entered: 03/18/2005) |
| 03/10/2005 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 62861, filed by Brian Peixoto. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 03/18/2005) |
| 03/10/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 03/18/2005) |
| 04/14/2005 | 3 | Judge Reginald C. Lindsay : ORDER entered denying as moot 1 motion for leave to proceed in forma pauperis on the ground that the petitioner has paid the $5.00 fee assessed for filing a s 2254 petition. If, in the future, the petitioner must pay fees in this litigation, he is free to petition the court at that time to proceed in forma pauperis. (McGlamery, Jeanette) (Entered: 04/14/2005) |
| 04/14/2005 | 4 | Judge Reginald C. Lindsay : ORDER entered. SERVICE ORDER re 2254 Petition. Pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents,the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to respondent Luis Spencer and to Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts. It is further ordered that rhe respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND this Court further requests respondent, as part of the return, to file such documents which reflect on whether the petitioner has exhausted his available state remedies with respect to the matters raised by the Petition. (McGlamery, Jeanette) (Entered: 04/14/2005) |
| 04/19/2005 |  | Return receipt received for mail sent to Cathryn A. Neaves |

| | | Delivered on 4/19/05 (Stanhope, Don) (Entered: 04/25/2005) |
|---|---|---|
| 04/25/2005 | 🌀 | Mail Returned as Undeliverable. Mail sent to Brian Peixoto (Stanhope, Don) (Entered: 04/25/2005) |
| 05/10/2005 | 5 | MOTION for Extension of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus to 5/30/05 by Luis Spencer.(Hourihan, Lisa) (Entered: 05/12/2005) |
| 05/10/2005 | 6 | MOTION for Relief from Conference Requirement Pursuant to Fed.R.Civ.P. Local Rule 7.1 by Luis Spencer.(Hourihan, Lisa) (Entered: 05/12/2005) |
| 05/16/2005 | 🌀 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 5 Motion for Extension of Time to File a Responsive Pleading to 5/30/05, granting 6 Motion for Relief from Conference Requirement Pursuant to Fed.R.Civ.P. Local Rule 7.1. On all papers on which the certifications required by Local Rules 7.1 (A) (2) and/or 37.1 should appear, the defendant shall note in bold the following in the place where the certifications otherwise would appear: "The court has excused compliance with Local Rules 7.1 (A)(2) and 37.1 by this defendant in this case, by order dated 5/16/05. (Hourihan, Lisa) (Entered: 05/16/2005) |
| 05/17/2005 | 7 | Petitioner's Reply to Motion 5 MOTION for Extension of Time to File Response to Petition for Writ of Habeas Corpus filed by Brian Peixoto. (Stanhope, Don) (Entered: 05/17/2005) |
| 05/26/2005 | 🌀 | Mail Returned as Undeliverable. Mail sent to Brian Peixoto - Attempted Unknown. (Bell, Marie) (Entered: 05/27/2005) |
| 05/27/2005 | 8 | MOTION to Dismiss by Luis Spencer.(Abaid, Kim) (Entered: 05/31/2005) |
| 05/27/2005 | 9 | MEMORANDUM in Support re 8 MOTION to Dismiss filed by Luis Spencer. (Abaid, Kim) (Entered: 05/31/2005) |
| 06/02/2005 | 10 | (Unsigned) Opposition re 8 MOTION to Dismiss filed by Brian Peixoto. c/s (Edge, Eugenia) (Entered: 06/03/2005) |
| 10/24/2005 | 11 | Judge Reginald C. Lindsay : ORDER entered granting 8 Respondent's Motion to Dismiss for the reasons and upon the conditions set forth in the accompanying written order. (Lindsay, Reginald) (Entered: 10/24/2005) |
| 11/09/2005 | 12 | NOTICE of Appearance by Jonathan M. Ofilos on behalf of Luis Spencer (Ofilos, Jonathan) (Entered: 11/09/2005) |

| 11/21/2005 | ⊕14 | MEMORANDUM in Opposition to Order of Dismissal and Presentation Supporting the Award of Equitable Tolling by Brian Peixoto. (York, Steve) (Entered: 11/23/2005) |
|---|---|---|
| 11/22/2005 | ⊕13 | CERTIFICATE OF SERVICE by Brian Peixoto. (York, Steve) (Entered: 11/22/2005) |
| 12/27/2005 | ⊕15 | REPLY to Response to Motion re 8 MOTION to Dismiss filed by Luis Spencer. (Ofilos, Jonathan) (Entered: 12/27/2005) |
| 01/11/2006 | ⊕16 | Letter/request (non-motion) from Brian Peixoto. (York, Steve) (Entered: 01/11/2006) |
| 01/11/2006 | ⊕17 | Docket Sheet Sent to Brian Peixoto (York, Steve) (Entered: 01/11/2006) |
| 02/02/2006 | ⊕18 | Judge Reginald C. Lindsay : ORDER entered granting 8 MOTION to Dismiss filed by Luis Spencer, for the reasons stated in the accompanying memorandum. The clerk shall enter a judgment dismissing the petition and terminate this case the court's docket(Lindsay, Reginald) (Entered: 02/02/2006) |
| 02/06/2006 | ⊕19 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 02/06/2006) |
| 02/22/2006 | ⊕20 | MOTION for Reconsideration by Brian Peixoto.(York, Steve) (Entered: 02/22/2006) |
| 03/03/2006 | ⊕21 | NOTICE OF APPEAL by Brian Peixoto. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/23/2006. ( Fee not Paid )(York, Steve) (Entered: 03/07/2006) |