CERTIFIED COPY

DCtt
CA.05-10510
J. Lindsey

# United States Court of Appeals
## For the First Circuit

No. 06-1544

BRIAN PEIXOTO,

Petitioner - Appellant,

v.

LUIS SPENCER,

Respondent - Appellee.

**ORDER OF COURT**

Entered: April 10, 2006
Pursuant to 1st Cir. R. 27(d)

   This court has docketed petitioner's appeal from the judgment entered on February 6, 2006 in CA No. 05-10510 (D. Mass.) as Appeal No. 06-1544.  Following the entry of judgment, a motion for reconsideration was mailed from prison on February 11, 2006 and was received and filed in the district court on February 21, 2006. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal from the February 6, 2006 judgment does not become effective until the district court disposes of the post-judgment motion.

   Therefore, petitioner-appellant is directed to file a status report by **May 10, 2006** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion.  Further, the appellant is directed to inform this court whether or not he intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order.  See Fed. R. App. P. 4(a)(4)(B). Copies of the district court's ruling shall be forwarded to this court.

   Once the district court rules on the motion for reconsideration, appellant is directed to file a request for a certificate of appealability in the district court. See Local Rule

22.1(b).

                                              By the Court:

                                              Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4-10-6

                                              By: _____
                                                  Julie Gregg, Operations Manager

[Certified Copy: Hon. Reginald C. Lindsay and Sarah A. Thornton,
              Clerk, U.S.D.C. of Massachusetts]
     [cc: Messrs: Peixoto, Ofilos and Ms. Neaves]