**CERTIFIED COPY**

# United States Court of Appeals
## For the First Circuit

No. 06-1544

BRIAN PEIXOTO,

Petitioner - Appellant,

v.

LUIS SPENCER,

Respondent - Appellee.

---

ORDER OF COURT

Entered: April 12, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 4-12-6

By the Court:

Richard Cushing Donovan, Clerk

By: _____
   Operations Manager.

[Cert. cc: Hon. Reginald C. Lindsay and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Peixoto, Ofilos and Ms. Neaves]

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-10510-RCL

Appeal No. 06-1544

Brian Peixoto, pro-se

v.

Luis Spencer

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 4-6-06

My issues on appeal are:

Habeas Corpus Petition

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 75.00 | $ | $ 75.00 | $ |
| Self-employment | $ N/A | $ | $ N/A | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ N/A | $ |
| Interest and dividends | $ .35 | $ | $ .35 | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 160.00 | $ | $ 160.00 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total Monthly income: | $ 235.85 | $ | $ 235.85 | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

2

4. *How much cash do you and your spouse have?* $ __N/A__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** | (Value) | **Other real estate** | (Value) | **Motor Vehicle #1** | (Value) |
|---|---|---|---|---|---|
| | | | | Make & year: N/A | |
| | | | | Model: N/A | |
| | | | | Registration#: N/A | |

| **Motor Vehicle #2** | (Value) | **Other assets** | (Value) | **Other assets** | (Value) |
|---|---|---|---|---|---|
| Make & year: | | N/A | | N/A | |
| Model: N/A | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included?   ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 152.00 | $ |
| Clothing | $ 31.00 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 14.00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ |
|     Homeowner's or renter's | $ 0 | $ |
|     Life | $ 0 | $ |
|     Health | $ 0 | $ |
|     Motor Vehicle | $ 0 | $ |
|     Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
|     Motor Vehicle | $ 0 | $ |
|     Credit card (name): _____ | $ 0 | $ |
|     Department store (name): _____ | $ 0 | $ |
|     Other: _____ | $ 0 | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 1.00 | $ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ |
| Other (specify): Haircut & Postage | $ 4.84 | $ |
| **Total monthly expenses:** | $ 212.84 | $ |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes ☒ No                If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

```
Included in the amount listed under Food are; toiletries,
stationary, and millenary items necessary for maintaining my
appearance for employment.
```

*13. State the address of your legal residence.*

P.O. Box 43

Norfolk, MA 02056-0043

Your daytime phone number: ( NA

Your age: 37       Your years of schooling: 14

MASSACHUSETTS                                        MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | PEIXOTO   BRIAN | | |
| Commitment number.... | W62277 | | |
| Period encompassed.... | 10/1/2005 THRU   3/29/2006 | | |
| | Personal | Savings | Total |
| Six Month Average Daily Balance | 195.98 | 0.00 | 195.98 |
| 20% of Six Month Average Daily Balance | 39.20 | | |
| Total Expenditures for Period | | | 1630.63 |
| Total Income for Period | | | 1525.93 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 4:30 PM
Date: 4/5/06

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

Court

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060404 08:32

Page : 1

| Commit# : | W62277 | | | | MCI NORFOLK | | | |
| Name : | PEIXOTO, BRIAN, J. | | | Statement From | 20051001 | | | |
| Inst : | MCI NORFOLK | | | To | 20060401 | | | |
| Block : | 1-1 | | | | | | | |
| Cell/Bed : | 208 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $9,013.75 | $8,878.18 | $0.00 | $0.00 |
| 20051006 22:30 | CN - Canteen | 5396168 | | NOR | ~Canteen Date : 20051006 | $0.00 | $36.68 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430852 | | NOR | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20051013 22:30 | CN - Canteen | 5444261 | | NOR | ~Canteen Date : 20051013 | $0.00 | $28.83 | $0.00 | $0.00 |
| 20051020 22:30 | CN - Canteen | 5479555 | | NOR | ~Canteen Date : 20051020 | $0.00 | $40.10 | $0.00 | $0.00 |
| 20051021 08:27 | VI - Visitation | 5480749 | | NOR | ~NO NAME | $90.00 | $0.00 | $0.00 | $0.00 |
| 20051021 08:27 | MA - Maintenance and Administration | 5480751 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051026 09:35 | CI - Transfer from Club to Inmate A/c | 5495500 | | NOR | ~OCTOBER STIPEND~W62277 PEIXOTO,BRIAN J PERSONAL~INMATE BENEFIT - Z1 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20051027 22:30 | CN - Canteen | 5511855 | | NOR | ~Canteen Date : 20051027 | $0.00 | $48.55 | $0.00 | $0.00 |
| 20051103 09:35 | ML - Mail | 5548627 | | NOR | ~DONOR NOT LISTED MO #54583962147 | $70.00 | $0.00 | $0.00 | $0.00 |
| 20051103 09:35 | MA - Maintenance and Administration | 5548629 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051103 22:30 | CN - Canteen | 5553774 | | NOR | ~Canteen Date : 20051103 | $0.00 | $50.19 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570417 | | NOR | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20051110 22:30 | CN - Canteen | 5605814 | | NOR | ~Canteen Date : 20051110 | $0.00 | $52.63 | $0.00 | $0.00 |
| 20051117 22:30 | CN - Canteen | 5640294 | | NOR | ~Canteen Date : 20051117 | $0.00 | $31.05 | $0.00 | $0.00 |
| 20051118 09:38 | VI - Visitation | 5641920 | | NOR | ~NO NAME | $70.00 | $0.00 | $0.00 | $0.00 |
| 20051123 13:17 | IC - Transfer from Inmate to Club A/c | 5662003 | | NOR | ~JOAN MORABITO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20051123 13:19 | IC - Transfer from Inmate to Club A/c | 5662009 | | NOR | ~ATTORNEY GENERAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20051123 13:20 | IC - Transfer from Inmate to Club A/c | 5662011 | | NOR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20051123 13:20 | IC - Transfer from Inmate to Club A/c | 5662013 | | NOR | ~BRENDA AGUIAR~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5665052 | | NOR | ~Canteen Date : 20051123 | $0.00 | $36.00 | $0.00 | $0.00 |
| 20051125 14:00 | CI - Transfer from Club to Inmate A/c | 5675456 | | NOR | ~STIPEND NOVEMBER 2005~W62277 PEIXOTO,BRIAN J PERSONAL~INMATE BENEFIT - Z1 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20051129 13:21 | IC - Transfer from Inmate to Club A/c | 5682926 | | NOR | ~RONALD S. EBERT [H D~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20051201 22:30 | CN - Canteen | 5704512 | | NOR | ~Canteen Date : 20051201 | $0.00 | $22.93 | $0.00 | $0.00 |
| 20051202 08:28 | VI - Visitation | 5706091 | | NOR | ~NO NAME | $70.00 | $0.00 | $0.00 | $0.00 |
| 20051202 08:28 | MA - Maintenance and Administration | 5706093 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051205 10:00 | EX - External Disbursement | 5713007 | 67798 | NOR | ~BRENDA AGUIAR | $0.00 | $100.00 | $0.00 | $0.00 |
| 20051206 11:31 | IC - Transfer from Inmate to Club A/c | 5722075 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060404 08:32

Page : 2

| Commit# : | W62277 | | | | MCI NORFOLK | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | PEIXOTO, BRIAN, J. | | | | Statement From | 20051001 | | |
| Inst : | MCI NORFOLK | | | | To | 20060401 | | |
| Block : | 1-1 | | | | | | | |
| Cell/Bed : | 208 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20051206 11:31 | IC - Transfer from Inmate to Club A/c | 5722078 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051206 11:31 | IC - Transfer from Inmate to Club A/c | 5722076 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051206 11:31 | IC - Transfer from Inmate to Club A/c | 5722077 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051206 13:16 | IC - Transfer from Inmate to Club A/c | 5722552 | | NOR | ~AIDS RELIEF FUND ~MISC. FUNCTION COLLECTION - Z54~MISC. FUNCTION COLLECTION - Z54 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051208 22:30 | CN - Canteen | 5744851 | | NOR | ~Canteen Date : 20051208 | $0.00 | $51.97 | $0.00 | $0.00 |
| 20051209 13:34 | ML - Mail | 5750146 | | NOR | ~FRANCISCO, HILDA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:18 | CI - Transfer from Club to Inmate A/c | 5769570 | | NOR | ~dec stipend~W62277 PEIXOTO,BRIAN J PERSONAL~INMATE BENEFIT - Z1 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:25 | CI - Transfer from Club to Inmate A/c | 5769586 | | NOR | ~UNIT REP. QUARTERLY STIPEND DEC. 2005~W62277 PEIXOTO,BRIAN J PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772544 | | NOR | | $0.68 | $0.00 | $0.00 | $0.00 |
| 20051215 14:35 | ML - Mail | 5798450 | | NOR | ~AGUIAR, BRENDA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20051215 22:30 | CN - Canteen | 5801515 | | NOR | ~Canteen Date : 20051215 | $0.00 | $46.00 | $0.00 | $0.00 |
| 20051216 10:01 | VI - Visitation | 5803252 | | NOR | ~COUTE, JOYCE, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20051219 10:56 | ML - Mail | 5809296 | 2654 | NOR | ~PEIXOTO, JANICE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051220 13:41 | ML - Mail | 5817226 | | NOR | ~CAROLYN FRANCISA | $35.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841459 | | NOR | ~Canteen Date : 20051222 | $0.00 | $41.55 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5877301 | | NOR | ~Canteen Date : 20051229 | $0.00 | $33.67 | $0.00 | $0.00 |
| 20051230 09:04 | VI - Visitation | 5879675 | | NOR | ~NO NAME | $70.00 | $0.00 | $0.00 | $0.00 |
| 20060103 13:24 | IC - Transfer from Inmate to Club A/c | 5888841 | | NOR | ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $29.84 | $0.00 | $0.00 |
| 20060105 22:30 | CN - Canteen | 5910953 | | NOR | ~Canteen Date : 20060105 | $0.00 | $41.23 | $0.00 | $0.00 |
| 20060112 22:30 | CN - Canteen | 5952673 | | NOR | ~Canteen Date : 20060112 | $0.00 | $47.94 | $0.00 | $0.00 |
| 20060113 08:51 | VI - Visitation | 5954286 | | NOR | ~NO NAME | $70.00 | $0.00 | $0.00 | $0.00 |
| 20060113 08:51 | MA - Maintenance and Administration | 5954288 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060118 08:46 | EX - External Disbursement | 5968192 | 68712 | NOR | ~BRENDA AGUIAR | $0.00 | $100.00 | $0.00 | $0.00 |
| 20060119 12:59 | CI - Transfer from Club to Inmate A/c | 5982701 | | NOR | ~JANUARY 06 STIPEND~W62277 PEIXOTO,BRIAN J PERSONAL~INMATE BENEFIT - Z1 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5986230 | | NOR | | $1.17 | $0.00 | $0.00 | $0.00 |
| 20060119 22:30 | CN - Canteen | 6001303 | | NOR | ~Canteen Date : 20060119 | $0.00 | $31.38 | $0.00 | $0.00 |
| 20060124 09:46 | CI - Transfer from Club to Inmate A/c | 6012739 | | NOR | ~bal owed or refunds clothing order~W62277 PEIXOTO,BRIAN J | $2.30 | $0.00 | $0.00 | $0.00 |

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Eastern _____     District of     MASSACHUSETTS _____

Brian Peixoto, pro-se
      Plaintiff

V.

Luis Spencer
      Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:
   District No. 05-10510-RCL
   Appellate No. 06-1544

I, Brian Peixoto _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration    MCI Norfolk

   Are you employed at the institution? yes    Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☒ Yes  ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.   by family members,
   Monetary gifts for canteen use
   the amounts are listed on the account sheet

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_4-6-06_    X _[signature]_
Date          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.