# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1544

BRIAN PEIXOTO,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: July 17, 2007

    This is a request for a certificate of appealability. Petitioner was convicted in the Massachusetts state court of first degree murder, a conviction upheld by the Supreme Judicial Court on direct appeal. Commonwealth v. Peixoto, 430 Mass. 654, 662, 722 N.E.2d 470, 476 (2000). The district court dismissed the petition for a writ of habeas corpus under 28 U.S.C. § 2254 on the ground of untimeliness. Petitioner agrees that the petition was untimely filed but argues that he is entitled to equitable tolling because he justifiably relied on the purportedly inaccurate advice of counsel, which led him to miss the federal filing deadline.

    Equitable tolling is to be used sparingly and only in extraordinary circumstances where clear injustice results. Neverson v. Farquharson, 366 F.3d 32, 42 (1st Cir. 2004). Mistakes by counsel in reading the statute do not qualify as extraordinary circumstances. David v. Hall, 318 F.3d 343, 346 (1st Cir. 2003).

    We do not consider the district court's ruling on the timeliness issue to be debatable. Moreover, petitioner has failed to make a substantial showing on his underlying claims. Slack v. McDaniel, 529 U.S. 437, 484 (2000).

    The request for a certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____

Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

to make a substantial showing on his underlying claims. <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 437, 484 (2000).

The request for a certificate of appealability is <u>denied</u> and this appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
*[signature]*
Deputy Clerk

Date: OCT 01 2007

[Cert. cc: Hon. Reginald C. Lindsay and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Peixoto, Ofilos and Ms. Neaves]