# United States Court of Appeals
## For the First Circuit

No. 14-1882

BRIAN PEIXOTO,

Petitioner,

v.

MICHAEL A. THOMPSON, Superintendent, MCI Concord,

Respondent.

Before

Howard, Kayatta and Barron,
Circuit Judges.

### JUDGMENT

### October 27, 2014

In considering this application for leave to file a second federal habeas petition, we have assumed in the applicant's favor that he need only make a prima facie showing that his new evidence, viewed in light of the evidence as a whole, makes it more likely than not that no reasonable juror would have convicted him. But cf. McQuiggin v. Perkins, 133 S. Ct. 1924, 1933 (2013) (explaining that Congress now "require[s] second-or-successive habeas petitioners attempting to benefit from the miscarriage of justice exception to meet a higher level of proof ('clear and convincing evidence') and to satisfy a diligence requirement that did not exist prior to AEDPA's passage"). Even with these generous assumptions, we are unable to form so much as a first impression of actual innocence as defined. A reasonable juror could have convicted the applicant, finding that the victim had a single forward fall in the manner described by his mother that bruised his forehead, broke his clavicle, even--in theory at least--fractured his skull; but rejecting the notion that the same fall also caused severe multi-point trauma on the back of his head that no one--not even the physician who diagnosed the broken clavicle--noticed for ten days. Considering in addition the evidence of child abuse, writ large in bruises, scrapes, and pinches, and the applicant's suspicious conduct and statements, the views expressed by the trial judge in the order denying a new trial were those of a reasonable factfinder.

The application is denied.  Our denial of authorization to file a second or successive petition is not appealable and may not be the subject of a petition for rehearing or a writ of certiorari.  See 28 U.S.C. § 2244(b)(3)(E).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Donald Averill Harwood
Martha Coakley
Kris Connolly Foster